[No. 10094–7–I.   Division One.   May 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD ACKETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–05598–6, George T. Mattson, J., entered March 25, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Durham, JJ.

[No. 10769–1–I.   Division One.   May 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDDIE LEE HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01114–9, Robert W. Winsor, J., entered March 27, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 9550–1–I.   Division One.   May 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01332–3, Jack P. Scholfield, J., entered October 20, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 9545–5–I.   Division One.   May 17, 1982.]

FRANK GREEN, JR., *Appellant,* v. WILLIE RANSOM GINYARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 855291, Eugene G. Cushing, J., entered October 20, 1980. *Affirmed as modified* by unpublished opinion per Andersen, C.J., concurred in by Williams and Durham, JJ.